# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | No. 25-0145 |
| | : | |
| **KENYON BONAPARTE** | : | |

## ORDER

This 29th day of December, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Suppress, ECF 26, is **DENIED**.

   /s/ Gerald Austin McHugh
United States District Judge